IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIAM MICHAEL WATTS,** **#39661-177**, | § § § | |
| Plaintiff, | § § | |
| v. | § | No. **3:10-CV-1409-L** |
| **UNITED STATES OF AMERICA**, | § § | |
| Defendant. | § § § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed September 7, 2010. Plaintiff did not file objections.

On July 21, 2010, the court filed a notice of deficiency, stating that Plaintiff's complaint did not comply with Rule 8(a) of the Federal Rules of Civil Procedure, that the filing fee had not been paid, and that Plaintiff had failed to make a proper request to proceed *in forma pauperis*. Plaintiff was ordered to cure these deficiencies within thirty days of the order. Although Plaintiff filed a motion to proceed *in forma pauperis*, which was granted on August 20, 2010, he did not file a complaint that complies with Rule 8(a). The court warned: "*Failure to comply with this order will result in a recommendation that the complaint be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).*" Notice of Deficiency and Order (July 21, 2010) 2 (original emphasis). The magistrate judge recommends dismissing this action without prejudice pursuant to Rule 41(b) for want of prosecution.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court therefore **dismisses without prejudice** Plaintiff's complaint pursuant to Rule 41(b) for want of prosecution.

**Order– Page 1**

**It is so ordered** this 23rd day of September, 2010.

_____
Sam A. Lindsay
United States District Judge